UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 07-979 (WHW) |
| FRANCIS ESTEBAN JACOBS CALLETANO, a/k/a "Hugo Guerrero" | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Christopher J.

Christie, United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant

U.S. Attorney) and defendant Francis Esteban Jacobs Calletano, a/k/a "Hugo Guerrero" (byK.

Anthony Thomas, Assistant Federal Public Defender, appearing), for an order granting a

continuance of the proceedings in the above-captioned matter from July 30, 2008 through

September 30, 2008, to allow the parties to conduct plea negotiations and attempt to finalize a

plea agreement, and the defendant being aware that he has the right to have this matter brought to

trial within 70 days of the date of his appearance before a judicial officer of this court and that a

continuance shall serve to delay a trial in this matter, and the defendant having consented to the

continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the

defendant desire additional time to negotiate a plea agreement, which would render a trial of this

matter unnecessary;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

Fax sent by    :

served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

WHEREFORE, IT IS on this ___ day of ___ 2008,

ORDERED that this action be, and it hereby is, continued from July 30, 2008 through

September 30, 2008; defense motions, if any, are to be filed by _Aug 21st_, 2008,

opposition to defense motions are to be filed by _Sept. 11th_, 2008, motions shall be

heard on _Sept. 29th_, 2008, and the trial shall be scheduled for

_Sept. 30th_, 2008, absent any other reason to continue the proceedings; and it is

further,

ORDERED that the period from July 30, 2008 through September 30, 2008 shall be

excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12,

1984), pursuant to Title 18, United States Code, Section 3161.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order:

K. ANTHONY THOMAS,
ASSISTANT FEDERAL PUBLIC DEFENDER

MATTHEW E. BECK
ASSISTANT UNITED STATES ATTORNEY