CARUSO & DIAZ, LLC
Attorneys at Law
7 Glenwood Ave. Suite 408
East Orange NJ 07017
(973)525-2244; jdcarusolaw@comcast.net

|  |  |
|---|---|
| UNITED STATES of AMERICA : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FRANCIS ESTEBAN JACOBS : <br> CALLETANO, aka **HUGO** : <br> **GUERRERO** : <br> Defendant. : <br> : | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> CASE NO. 2:07-CR-00979-WHW-1 <br><br><br> CRIMINAL ACTION <br><br><br> ORDER REQUIRING PRODUCTION <br> OF MEDICAL RECORDS |

THIS MATTER seeking to COMPEL THE PRODUCTION OF MEDICAL RECORDS pertaining to Francis Esteban Jacobs Calletano (AKA **HUGO GUERRERO, HUGO GUERO** ~~(redacted)~~; FBI # 745778RB0; NYSID # 6763100R) having been brought before the Court by John D. Caruso, Esq. of CARUSO & DIAZ, LLC, attorneys for the defendant herein and Mr. Mathew Beck, Assistant United States Attorney, representing the government and having no opposition to said application, and this Court having considered the defense's motion to compel production of all medical records and FOR GOOD CAUSE SHOWN

IT IS on this _29_ day of _January_, 2010

ORDERED that: 1. New York State Prison Authorities including but not limited to Green Haven Correctional Facility and Attica Correctional Facility and 2. Essex County Correctional Facility (Newark NJ)
SHALL PRODUCE any and all medical treatment records (*including psychiatric and psychological treatment*) including records pertaining to diagnosis, prognosis, medications, evaluations, testing, and notes (physicians, counselors, and nurses) pertaining to the above listed defendant to the above counsel for the defendant.

SAID RECORDS shall be produced to above counsel, JOHN D. CARUSO, ESQ., no later than 2/18/2010

HON. WILLIAM H. WALLS
U.S. DISRICT COURT - NEW JERSEY