CARUSO & DIAZ, LLC
Attorneys at Law
7 Glenwood Ave. Suite 408
East Orange NJ 07017
(973)525-2244; jdcarusolaw@comcast.net

| | |
|---|---|
| UNITED STATES of AMERICA : | UNITED STATES DISTRICT COURT |
| Plaintiff, : | DISTRICT OF NEW JERSEY |
| : | |
| v. : | CASE NO. 2:07-CR-00979-WHW-1 |
| : | |
| FRANCIS ESTEBAN JACOBS : | CRIMINAL ACTION |
| CALLETANO, aka **HUGO** : | |
| **GUERRERO** : | |
| Defendant. : | ORDER FOR PSYCHOLOGICAL/PSYCHIATRIC |
| : | EVALUATION |

   THIS MATTER seeking to authorize a psychological/psychiatric evaluation of Francis Esteban Jacobs Calletano (AKA **HUGO GUERRERO**, **HUGO GUERO dob**        **FBI # 745778RB0; NYSID # 6763100R**) having been brought before the Court by John D. Caruso, Esq. of CARUSO & DIAZ, LLC, attorneys for the defendant herein and Mr. Mathew Beck, Assistant United States Attorney, representing the government and having no opposition to said application,and this Court having considered the defense's motion and FOR GOOD CAUSE SHOWN

   IT IS on this _18th_ day of _March_, 2010

   ORDERED that Dr. Kenneth McNeil, and or any other psychologist or psychiatrist retained by the defense, shall be permitted to enter the Essex County Correctional Facility as many times as necessary to perform an evaluation of the above inmate for purposes of preparing a trial defense and/or in mitigation of punishment at sentencing.

HON. WILLIAM H. WALLS
U.S. DISTRICT COURT - NEW JERSEY