CARUSO & DIAZ, LLC
Attorneys at Law
7 Glenwood Ave. Suite 408
East Orange NJ 07017
(973)525-2244; jdcarusolaw@comcast.net

|  |  |
|---|---|
| UNITED STATES of AMERICA : | UNITED STATES DISTRICT COURT |
| v.                         : | DISTRICT OF NEW JERSEY |
|                            : |  |
| FRANCIS ESTEBAN JACOBS     : | CRIMINAL ACTION |
| CALLETANO,                 : |  |
|     Defendant.             : | ORDER REQUIRING IMMEDIATE MEDICAL |
|                              | ATTENTION & TREATMENT AT A HOSPITAL |

THIS MATTER seeking to order the United States Marshals Service to immediately transport the above defendant to a hospital for immediate evaluation, treatment, surgery, and/or other medical procedures, including preventative and diagnostic procedures, concerning the formation of blood clot(s) in the above defendant, HAVING BEEN BROUGHT, by the above defendant, through his attorney, John D. Caruso, Esq., of Caruso & Diaz, LLC, and Mathew Beck, A.U.S.A., appearing for the government, and FOR GOOD CAUSE SHOWN,

IT IS on this _14_ day of _October_, 2010

ORDERED that Mr. Esteban Jacobs Calletano be immediately transported by the United States Marshals Service or any agency designated by the Marshals to a hospital outside of the Essex Correctional Facility for immediate evaluation, treatment, surgery, and/or other medical procedures, including preventative and diagnostic procedures, concerning the formation of blood clot(s).

HON. WILLIAM H. WALLS
U.S. DISRICT COURT - NEW JERSEY